# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-545-RJC-DCK

| | |
|---|---|
| XPO LOGISTICS, INC.,, a Delaware Corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CASEY McKELL, an individual, | )<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by William S. Durr, concerning Robert H. Smeltzer on November 13, 2015. Mr. Robert H. Smeltzer seeks to appear as counsel *pro hac vice* for Plaintiff XPO Logistics, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. Robert H. Smeltzer is hereby admitted *pro hac vice* to represent Plaintiff XPO Logistics, Inc.

**SO ORDERED**.

Signed: November 16, 2015

David C. Keesler
United States Magistrate Judge