**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:15-CV-545-RJC-DCK**

| | | |
|---|---|---|
| **XPO LOGISTICS, INC.,, a Delaware Corporation,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CASEY McKELL, an individual,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by William S. Durr, concerning Brian R. Orr on November 13, 2015. Mr. Brian R. Orr seeks to appear as counsel *pro hac vice* for Plaintiff XPO Logistics, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

     **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. Brian R. Orr is hereby admitted *pro hac vice* to represent Plaintiff XPO Logistics, Inc.

     **SO ORDERED**.

Signed: November 16, 2015

David C. Keesler
United States Magistrate Judge