# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-545-RJC-DCK

| | |
|---|---|
| XPO LOGISTICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CASEY McKELL, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by Stephen J. Dunn, concerning Jesse Michel Krannich on January 8, 2016. Mr. Jesse Michael Krannich seeks to appear as counsel *pro hac vice* for Defendant Casey McKell. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Mr. Jesse Michael Krannich is hereby admitted *pro hac vice* to represent Defendant Casey McKell.

**SO ORDERED**.

Signed: January 11, 2016

David C. Keesler
United States Magistrate Judge